UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:20-cr-00097-JRS-TAB |
| | ) |
| JOSH STOOPS, | ) - 03 |
|     Defendant. | ) |

## REPORT AND RECOMMENDATION

On July 28, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on December 9, 2024, and order granting the Petition filed on December 11, 2024. [Filing Nos. 1632, 1633.] Defendant appeared in person with his appointed counsel Leslie Wine. The government appeared by Brad Blackington, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Angela Smith.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

    2.    After being placed under oath, Defendant admitted violation number 1. Government orally moved to withdraw the remaining violation number 2, which motion was granted by the Court. [Filing Nos. 1632, 1633.]

    3.    The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime."** |
| | As previously reported to the Court, on October 18, 2024, Mr. Stoops was arrested and charged with Count I: Resisting Law Enforcement misdemeanor), Count II: Operating a Vehicle While Intoxicated Endangering a Person (misdemeanor), and Count III: Operating a Vehicle While Intoxicated (misdemeanor). The charges are pending in the Superior Court of Hamilton County, Indiana, under Cause No. 29D07-2410-CM-008459. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is III.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months imprisonment.

5. The parties jointly recommend a sentence of time served and released on current conditions of supervised released with the addition of the following condition: "You shall participate in a cognitive behavioral program, such as Moral Reconation Therapy (MRT), at the direction of the probation officer and abide by the rules of the program."

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) and § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the condition in the petition, that he should be sentenced to time served, and that his supervised release should be modified as follows: "You shall participate in a cognitive behavioral program, such as Moral Reconation Therapy (MRT), at the direction of the probation officer and abide by the rules of the program."

Defendant is released pending the District Judge's action on this Report and Recommendation.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 7/29/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system